UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (NO. VI) | ) | CIVIL ACTION NO: MDL-875 |

This Document Relates To:

United States District Court Eastern District of Oklahoma

| | | |
|---|---|---|
| Henry Matlock and Mary Matlock, | ) | EDPA No.: 2:09-cv-69344 |
| Plaintiff(s) | ) | Oklahoma C/A No.: 02-00545 |
| v. | ) | |
| Abex Corporation, et. al., Defendants. | ) | |

FILED
APR 26 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER OF VOLUNTARY DISMISSAL

WHEREAS the above-titled action now pending in this Court has been resolved as to all solvent Defendants,

NOW COMES the Plaintiff(s), Henry Matlock and Mary Matlock, by and through his attorneys, and moves for an Order of Dismissal with prejudice as to all remaining solvent Defendants.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the case against all remaining solvent Defendants be, and the same herby is, dismissed with prejudice.

SO ORDERED this _15_ day of _April_, 2010.

_____
Judge Eduardo C. Robreno